July 15, 1905, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial in an action to recover damages for a loss by fire alleged to have been occasioned through defendant's negligence.

*Henry Purcell* for appellant.

*Irving G. Hubbs* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: GRAY and HISCOCK, JJ.

---

In the Matter of the Application of GEORGE E. PAYNÉ et al., Appellants, for a Writ of Mandamus Against JOHN F. O'BRIEN, as Secretary of State, Respondent.

(Submitted November 12, 1906; decided November 27, 1906.)

Motion for re-argument denied, without costs. (See 186 N. Y. 1.)

---

RICHARD SANDIFORD, Appellant, *v.* THE TOWN OF HEMPSTEAD, Respondent, and CARMAN FROST et al., Appellants.

(Submitted November 19, 1906; decided November 27, 1906.)

Motion for re-argument denied, with ten dollars costs, (See 186 N. Y. 554.)

---

EDWARD S. PERCIVAL, Appellant, *v.* JULIA A. PERCIVAL, Respondent.

*Percival* v. *Percival*, 106 App. Div. 111, affirmed.
(Argued November 13, 1906; decided December 4, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 22, 1905, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action for divorce.

*John J. Crawford* and *Sanford S. Gowdey* for appellant.

*Charles Blandy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, HAIGHT, VANN, WERNER, WILLARD BART-
LETT and HISCOCK, JJ. Not voting: CULLEN, Ch. J.

---

JAMES V. LAWRENCE, Appellant, *v.* JOHN J. MCKELVEY
.et al., Respondents.

*Lawrence* v. *McKelvey*, 106 App. Div. 612, affirmed.
(Argued November 14, 1906; decided December 4, 1906.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
June 30, 1905, modifying and affirming as modified a judg-
ment in favor of defendants entered upon a dismissal of the
complaint by the court at a Trial Term in an action to
recover for the alleged malicious prosecution of an involuntary
bankruptcy proceeding.

*Ralph Earl Prime, Jr.,* for appellant.

*Edward M. Shepard, Frederick W. Mattocks* and *Seth
Sprague Terry* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER
and HISCOCK, JJ, Not sitting: WILLARD BARTLETT, J.

---

CLARENCE R. CONGER, Individually and as Trustee, et al.,
Respondents, *v.* HYMAN ENSLER, Appellant, Impleaded with
Others.

*Conger* v. *Ensler,* 110 App. Div. 889, affirmed.
(Argued November 14, 1906; decided December 4, 1906.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered Jan-
uary 17, 1906, modifying and affirming as modified a judg-